IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| **Plaintiff,** | : | |
| v. | : | **Civil Action No.** |
| | : | **7:06-CV-22 (HL)** |
| **$13,000 IN UNITED STATES CURRENCY, MORE OR LESS,** | : | |
| **Defendant Property.** | : | |

**ORDER**

Before the Court is Plaintiff's Motion for Service by Publication (Doc. 5). Plaintiff asks the Court issue an order directing public notice of the seizure and arrest of the defendant property by advertisement in a newspaper of general circulation in the district. Plaintiff's motion is granted.

Pursuant to Rule C(4) of the Supplemental Rules for Certain Admiralty and Maritime Claims, Federal Rules of Civil Procedure, the Court hereby orders that public notice of the seizure and arrest of the defendant property be given by publication once a week for three consecutive weeks in the Valdosta Daily Times, 201 North Troupe Street, P.O. Box 968, Valdosta, Georgia 31603. The published notice shall specify the time within which a claim to the defendant property and an answer to the complaint is required to be filed.

**SO ORDERED**, this the 7th day of March, 2006.

/s/ Hugh Lawson
**HUGH LAWSON, Judge**

scs